IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
        FILED
   SEP 2 5 2014

CLERK, U.S. DISTRICT COURT
By _____
            Deputy
```

JOSE PLASCENCIA,                     §
                                     §
            Plaintiff,               §
                                     §
VS.                                  §   NO. 4:14-CV-524-A
                                     §
STATE FARM LLOYDS and                §
FELICIANO GALLEGOS,                  §
                                     §
            Defendants.              §

## FINAL JUDGMENT AS TO CERTAIN PARTY

Consistent with the order of dismissal contained in the memorandum opinion and order signed in the above-captioned action on the date of the signing of this final judgment as to certain party,

The court ORDERS, ADJUDGES, and DECREES that all claims and causes of action asserted in the above-captioned action by plaintiff, Jose Plascencia, against defendant Feliciano Gallegos be, and are hereby, dismissed.

SIGNED September 25, 2014.

_____
JOHN McBRYDE
United States District Judge